**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN KAMEIR,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., BMW FINANCIAL SERVICES NA, LLC, and STERLING MOTORS, LTD. DBA STERLING BMW,<br><br>Defendants. | CASE NO.: 8:26-cv-00895-JWH-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S MOTION TO STAY DISCOVERY** |

On November 25, 2026, Defendant BMW Financial Services NA, LLC ("BMW FS") filed a Motion to Stay Discovery (the "Motion").

The Court, having considered the Motion and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Discovery directed to BMW FS is **STAYED** until the Court rules on BMW FS's Motion to Compel Arbitration and Stay Action [Dkt. 31]; and

2. The stay encompasses BMW FS's remaining substantive written discovery response and document production obligations, its Rule 30(b)(6) deposition, and further discovery directed to BMW FS.

**IT IS SO ORDERED**.

Dated:

HON. JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE